PROB 12C
(6/16)

Report Date: June 26, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Clifford Joe Robinson                Case Number: 0980 1:16CR02021-LRS-1

Address of Offender:                White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 27, 2016

Original Offense:    Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

Original Sentence:   Prison - 41 months;              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon              Date Supervision Commenced: February 15, 2019

Defense Attorney:     TBD                           Date Supervision Expires: February 14, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number       Nature of Noncompliance

        1              **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated
                       by a licensed/certified treatment provider, enter into and successfully complete an approved
                       substance abuse treatment program, which could include inpatient treatment and aftercare.
                       You shall contribute to the cost of treatment according to your ability to pay.  You shall
                       allow full reciprocal disclosure between the supervising officer and treatment provider.

                       **Supporting Evidence**: Clifford Robinson is considered to be in violation of his conditions
                       of supervised release by failing to complete a substance abuse evaluation at the Yakama
                       Nation Alcohol Program (YNAP) on May 23, 2019.

                       On February 20, 2019, conditions of supervision were reviewed with Mr. Robinson, to
                       include special condition number 20, which requires him to complete a substance abuse
                       evaluation and any recommended treatment.

                       On April 8, 2019, Mr. Robinson reported for an office visit and stated he had scheduled a
                       substance abuse evaluation appointment with YNAP on April 10, 2019.

                       On May 14, 2019, Mr. Robinson called the undersigned to report he was not able to
                       complete his treatment assessment due to starting a new job, but said he would reschedule

Prob12C
**Re: Robinson, Clifford Joe**
**June 26, 2019**
**Page 2**

the appointment. On May 16, 2019, contact was made with the offender at his listed residence. During the home contact, Mr. Robinson reported he spoke with YNAP staff and scheduled an appointment for May 23, 2019, to complete his assessment.

On June 19, 2019, the undersigned received a notice from YNAP stating Mr. Robinson had failed to report to their office to complete his assessment.

2  **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence**: Clifford Robinson is considered to be in violation of his conditions of supervised release by failing to report to the probation office on June 24, 2019.

On February 20, 2019, conditions of supervision were reviewed with Mr. Robinson, to include standard condition number 9, which requires him to report to the probation office as instructed.

On June 20, 2019, this officer attempted to contact Mr. Robinson by phone, but all attempts were unsuccessful. Later that same day, the undersigned spoke with his grandmother, Karen Marek, who stated she had not seen or heard from him since June 17, 2019. She advised that although he reported living with her, he would come and go as he pleased. This officer left a message requesting Mr. Robinson report to the probation office by June 24, 2019.

On June 24, 2019, the undersigned contacted Ms. Marek who advised she still had not seen or heard from Mr. Robinson since June 17, 2019. She further related Mr. Robinson's brother was able to provide the offender with this officer's message to report, but stated he did not say if he planned to report. Mr. Robinson failed to report to the probation office on June 24, 2019, and his whereabouts are currently unknown.

3  **Standard Condition # 12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about the defendant's living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Clifford Robinson is considered to be in violation of his conditions of supervised release by failing to live at a place approved by the probation officer.

On February 20, 2019, conditions of supervision were reviewed with Mr. Robinson, to include standard condition number 12, which requires him to live at a place approved by the probation officer.

On February 20, 2019, Mr. Robinson was approved to reside with his grandmother, Karen Marek, at 17151 Fort Road in White Swan, Washington.

Prob12C
**Re: Robinson, Clifford Joe**
**June 26, 2019**
**Page 3**

On June 20, 2019, this officer attempted to contact Mr. Robinson by phone, but all attempts were unsuccessful.  Later that same day, the undersigned spoke with his grandmother, Karen Marek, who stated she had not seen or heard from him since June 17, 2019.  She advised that although he reported living with her, he would come and go as he pleased.  This officer left a message requesting Mr. Robinson report to the probation office by June 24, 2019.

On June 24, 2019, this undersigned contacted Ms. Marek who advised she still had not seen or heard from Mr. Robinson since June 17, 2019.  She further related Mr. Robinson's brother was able to provide the offender with this officer's message to report but stated he did not say if he planned to report.  Mr. Robinson failed to report to the probation office on June 24, 2019, and his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/26/2019

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

06/26/2019
Date