PROB 12C  
(6/16)

Report Date: October 31, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Clifford Joe Robinson | Case Number: 0980 1:16CR02021-LRS-1 |
| Address of Offender: | White Swan, Washington 98952 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 27, 2016

Original Offense:   Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 41 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Troy J. Clements | Date Supervision Commenced: | February 15, 2019 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: | February 14, 2022 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/26/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

4    **Standard Condition #1**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: On October 28, 2019, Mr. Robinson is alleged to have committed the crime of Assault, with a Domestic Violence enhancement, in violation of Revised Yakama Code (RYC) 10.01.11 and 95.02.02.

Mr. Robinson's conditions were reviewed with him on February 20, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes standard condition number 1, as noted above.

According to Officer Gudino of the Yakama Nation Police Department (incident report number 19-009497), the following occurred on October 28, 2019: Mr. Robinson appeared at the victim's home, on his own accord. The victim directed Mr. Robinson to leave, but the offender refused and became upset. Mr. Robinson grabbed the victim by the hair and neck, dragging her to a couch, where he choked the victim until her prearranged transportation interrupted the assault. The offender and victim entered the vehicle, and Mr. Robinson continued yelling at the victim. Mr. Robinson's behavior escalated in the vehicle where the

Prob12C
**Re: Robinson, Clifford Joe**
**October 31, 2019**
**Page 2**

offender struck the victim on the top of the head with a soda can, causing her to bleed. The vehicle stopped and Mr. Robinson and the victim exited. At this moment, Mr. Robinson took the victim's cell phone and began to flee the area. The victim followed Mr. Robinson and was able to recover her cell phone, but the offender began assaulting her again. As officer Gudino arrived, he noticed Mr. Robinson holding the victim, preventing her from leaving. Officer Gudino was able to convince the offender to release the victim and placed him into restraints. It should be noted the victim was subsequently identified as the victim of the instant federal offense.

At the time this petition was written, Mr. Robinson remains in custody at the Yakama Nation Correctional Facility.

5 **Special Condition #25:** The defendant shall have no contact with the victim in person, by letter or other communication devises, audio or visual devises, or through a third party, unless authorized by the supervising officer. The defendant shall not enter the premises or loiter within 1000 feet of the victim's residence or place of employment.

**Supporting Evidence:** Mr. Robinson is considered in violation of his conditions of supervised release by contacting the victim on October 28, 2019, without the authorization of the supervising officer.

Mr. Robinson's conditions were reviewed with him on February 20, 2019. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 25, as noted above.

According to Officer Gudino of the Yakama Nation Police Department (incident report number 19-009497), Mr. Robinson was observed holding the victim of the instant federal offense, preventing her from leaving the scene of an assault. Officer Gudino was able to convince Mr. Robinson to release the victim, and placed him into restraints. Mr. Robinson was taken into custody, and remains at the Yakama Nation Correctional Facility on pending charges of assault, with a domestic violence enhancement.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | October 31, 2019 |
| | s/ Nicholas A. Bazan |
| | Nicholas A. Bazan<br>U.S. Probation Officer |

Case 1:16-cr-02021-LRS    ECF No. 53    filed 10/31/19    PageID.228    Page 3 of 3

Prob12C
**Re: Robinson, Clifford Joe**
**October 31, 2019**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [✓]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

10/31/2019
Date