PROB 12C
(6/16)

Report Date: April 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Clifford Joe Robinson    Case Number: 0980 1:16CR02021-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 27, 2016

Original Offense:    Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

Original Sentence:   Prison - 41 months                Type of Supervision: Supervised Release
                     TSR - 36 months

Revocation:          Prison - 172 days (time served)
(4/16/2020)          TSR- 30 months

Asst. U.S. Attorney: Michael Davis Murphy           Date Supervision Commenced: April 17, 2020

Defense Attorney:    Ricardo Hernandez              Date Supervision Expires: October 16, 2022

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #9**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Robinson is considered to be in violation of his conditions of supervised release by failing to report to the RRC on April 17, 2020.

The Court reviewed conditions of supervised release with Mr. Robinson at his revocation hearing on April 16, 2020, to include special condition number 9, as noted above.

Mr. Robinson released from the Yakima County Jail on April 17, 2020. The offender was scheduled to board a Greyhound bus on the day of his release in order to begin his residential reentry center (RRC) placement. On April 19, 2020, the undersigned received information from the RRC staff who confirmed Mr. Robinson failed to arrive for his public law placement. As of this writing, Mr. Robinson's whereabouts are unknown.

Prob12C
**Re: Robinson, Clifford Joe**
**April 27, 2020**
Page 2

    2    **Standard Condition #5**:You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you lives with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    **Supporting Evidence**: Mr. Robinson is considered to be in violation of his conditions of supervised release by failing to live at an address approved by the probation officer, after his release from custody on April 17, 2020.

    The Court reviewed conditions of supervised release with Mr. Robinson at sentencing of his revocation hearing on April 16, 2020, to include standard condition number 5, as noted above.

    Mr. Robinson released from the Yakima County Jail on April 17, 2020. The offender was designated to reside at the residential reentry center (RRC) in Spokane, Washington, which he has failed to do. As of this writing, Mr. Robinson's living arrangements and whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 27, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

04/27/2020
Date